# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

Michael Grant,                                                           No. 9:03-CV-0539 (PAM/RFT)

                 Plaintiff,

v.                                                                                             **ORDER**

Frank Headley,

                 Defendant.

---

       This matter is before the Court on Plaintiff's Motion for a Certificate of Appealability. Plaintiff brought this case under 42 U.S.C. § 1983, and thus, he does not require a certificate of appealability in order to appeal. See 28 U.S.C. § 2253(c)(1). Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for a Certificate of Appealability (Docket No. 99) is **DENIED as moot**.

Dated: August 6, 2006

                                                         s/ Paul A. Magnuson  
                                                         Paul A. Magnuson  
                                                         United States District Court Judge